# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. CR615-006 |
| ) | |
| KAREN KAY RANSOM, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Application for leave of absence has been requested by W. Carl Lietz III, for the periods of Monday, November 23, 2015 through and including Friday, November 27, 2015; and Monday, December 28, 2015 through and including Friday, January 1, 2016,

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED** this  16th   day of November, 2015.

*/s/ JR Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA